1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:12-cv-01889-LKK-DAD**
13 Scott N. Johnson                  )
                                    ) **ORDER RE: REQUEST FOR EXTENSION**
14          Plaintiff,               ) **OF TIME TO FILE DISPOSITIONAL**
                                    ) **DOCUMENTS**
15      vs.                          )
                                    )
16 Capitol Neon,                     )
                                    )
17          Defendants               )
                                    )
18 _____   )

19

20      IT IS HEREBY ORDERED THAT the parties shall file

21 dispositional documents no later than November 26, 2012.

22

23 Date: October 31, 2012.

24

25                        _____
                          LAWRENCE K. KARLTON
26                        SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
27

28

   PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

                    CIV: S-12-cv-01889-LKK-DAD - 1