SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01889-LKK-DAD** |
| Plaintiff, | ) **ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | ) |
| Capitol Neon, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than March 25, 2013.

Date:   February 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-01889-LKK-DAD - 1