SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01889-LKK-DAD** |
|  | ) |
| Plaintiff, | ) **ORDER RE: FOURTH REQUEST FOR** |
|  | ) **EXTENSION OF TIME TO FILE** |
| vs. | ) **DISPOSITIONAL DOCUMENTS** |
|  | ) |
| Capitol Neon, | ) |
|  | ) |
| Defendants | ) |
|  | ) |

IT IS HEREBY ORDERED THAT the parties shall file
dispositional documents no later than June 24, 2013.


Date: June 11, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT


PROPOSED ORDER RE: FOURTH REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS